## HIGGINS v. STATE.
No. 20405.

Court of Criminal Appeals of Texas.

May 3, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of turkeys, punishment assessed being one year and six months in the penitentiary.

The indictment charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.